**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CARGILL FINANCIAL SERVICES
INTERNATIONAL, INC., et al.,

                                        Plaintiffs,                24 **CIVIL** 5751 (LJL)

      -v-                                                     **JUDGMENT**

TARAS BARSHCHOVSKIY,

                                        Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 18, 2025, that motion for summary judgment is granted.

**Dated:**  New York, New York

       February 18, 2025

                                                               **TAMMI M. HELLWIG**
                                                                   **Clerk of Court**

                                     **BY:**   _____
                                                                 **Deputy Clerk**