UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CARGILL FINANCIAL SERVICES
INTERNATIONAL, INC., et al.,

                             Plaintiffs,                  24 **CIVIL** 5751 (LJL)

    -v-                                         **AMENDED JUDGMENT**

TARAS BARSHCHOVSKIY,

                             Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 21, 2025, Plaintiffs' motion is granted, and the Court's Opinion and Order dated February 18, 2025 is amended to respectfully enter judgment for Plaintiffs in an amount equal to $123,940,459.55, plus interest accruing pursuant to 28 U.S.C. § 1961.

**Dated:**  New York, New York

      February 18, 2025

                                                            **TAMMI M. HELLWIG**
                                                             **Clerk of Court**

                                    **BY:** _____
                                                             **Deputy Clerk**